UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PRINCESS MARIA SPENCER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.   23-00321 (UNA) |
| DAY SERVICES, | ) ) ) ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

This matter, filed *pro se*, is before the Court on its initial review of Plaintiff's complaint, ECF No. 1, and application for leave to proceed *in forma pauperis*, ECF No. 2.  The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332.  Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000.  For jurisdiction to exist under 28 U.S.C. § 1332, there must be complete diversity between the parties, which is to say that the plaintiff may not be a citizen of the same state as any defendant." *Bush v. Butler*, 521 F. Supp. 2d 63, 71 (D.D.C. 2007) (citing *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373-74 (1978)).  It is a "well-established rule" that in order for an action to proceed in diversity, the citizenship requirement must be "assessed at the time the suit is filed." *Freeport-McMoRan, Inc. v. K N Energy, Inc.*, 498 U.S. 426, 428 (1991).  To that end, "the citizenship of every party to the action must be distinctly alleged and cannot be

established presumptively or by mere inference." *Meng v. Schwartz*, 305 F. Supp. 2d 49, 55 (D.D.C. 2004).

A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff, a resident of Washington, D.C., has sued Day Services in Washington, D.C. In the single-page complaint, Plaintiff alleges that while attending Day Services, her personal belongings, money, and mail were stolen; she was given "a fake birth certificate"; and her clothes were washed in a substance "that makes [her] itch and sting." In addition, Plaintiff alleges without supporting facts that "the employees have discriminated against me." She requests $17 million "for pain and suffering, the theft and inconveniences."

Plaintiff's vague allegations do not present a federal question, and she has not invoked, much less established, diversity jurisdiction. Consequently, this action will be dismissed by separate order.

Date: February 17, 2023

_____/s/_____
RUDOLPH CONTRERAS
United States District Judge